N. P. BRINSON, executor, *et al.*, plaintiffs in error, *vs.* GEORGE WATERS *et ux*, defendants in error.

Brinson died pending this bill of exceptions. The temporary administrator of Brinson's testator was made a party here.

The parties agreed that the judgment should be affirmed if an agreed part of the judgment was written off. And this Court, without looking into the record, affirmed the Court below, upon the terms agreed upon.

WRIGHT & WARREN, for plaintiffs in error.

STROZIER & SMITH, for defendants.